IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  1:17-cv-02038-KLM

DAVID SLAUGHTER, on behalf of himself
and all others similarly situated,

        Plaintiff,

v.

SYKES ENTERPRISES, INC, d/b/a SYKES
HOME POWERED BY ALPINE ACCESS,

        Defendant.

---

**STIPULATION AND PROPOSED ORDER CONSOLIDATING NOTICE PERIODS**

---

**WHEREAS**, on June 18, 2018, the Court granted Plaintiff David Slaughter and Defendant

Sykes Enterprises, Inc. d/b/a Sykes Home Powered by Alpine Access' (collectively, the "Parties"),

Joint Motion for Additional Notice Period Under 29 U.S.C. § 216(b).  ECF. No. 83.

**WHEREAS**, a prior Court order extended (to July 13, 2018) the deadline for notice and

consent to join forms to be sent to an additional 111[1] potential collective members, and the deadline

for these individuals to return their individual consent to join forms was extended to August 24,

2018.  *See id*.

---

[1]     While the Parties originally believed there were an additional 114 individuals belatedly
identified, upon further analysis, the list provided by Defendant contained only an additional 111
unique individuals.

**WHEREAS**, pursuant to the Court order (ECF No. 86), text message notification is to be issued by August 13, 2018 to 25[2] potential collective members whose notices were previously returned by mail and e-mail as undeliverable with the deadline for these 25 potential collective members to return their individual consents to be extended to September 24, 2018.  *See id.*

**WHEREAS**, to reduce claims administrator costs, and increase efficiencies, the Parties have agreed to consolidate the deadlines for the delivery and return of notice and consent to join forms for the 111 individuals and 25 individuals discussed *supra*. in accordance with the Court's orders dictating the manner in which notice is to be issued to each group

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the Parties through their respective counsel, that July 27, 2018 shall be the deadline for the following:

- for Court-ordered notice to be sent to the 111 additional potential collective members identified by Defendants; and

- for Court-ordered notice to be sent via text message to the 25 potential collective members whose mail and e-mail notice was returned as undeliverable even after a second delivery of U.S. mail notice to an updated mailing address.

The parties further stipulate that the deadline for these individual consents to join forms to be returned shall be September 7, 2018.

---

[2]     Although Plaintiff previously identified 81 individuals whose mail and email notices were returned as undeliverable, upon further review, it was determined that mail and email notices were returned as undeliverable for only 25 individuals, after the claims administrator performed a skip trace to locate updated mailing addresses and resent notice by mail.

Date: July 13, 2018                                Respectfully Submitted,


s/ Justin M. Swartz                                s/ Claire B. Deason
Justin M. Swartz                                   Jennifer S. Harpole, Esq.
Juno Turner                                        LITTLER MENDELSON P.C.
Melissa L. Stewart                                 1900 Sixteenth, Suite 800
Cheryl-Lyn Bentley                                 Denver, CO 80202
Daniel S. Stromberg                                Phone: 303.629.6200
Outten & Golden LLP                                Fax: 303.629.0200
685 Third Avenue, 25th Floor                       JHarpole@littler.com
New York, New York 10017
jms@outtengolden.com
jturner@outtengolden.com                           Claire B. Deason
mstewart@outtengolden.com                          Niloy Ray
cbentley@outtengolden.com                          LITTLER MENDELSON, P.C.
dstromberg@outtengolden.com                        80 South Eighth Street
                                                   IDS Center, Suite 1300
                                                   Minneapolis, MN  55402-2136
Gregg I. Shavitz                                   Phone:  612.630.1000 | Fax: 612.630.9626
Paolo C. Meireles                                  cdeason@littler.com
Shavitz Law Group, P.A.                            nray@littler.com
951 Yamato Road, Suite 285
Boca Raton, Florida 33431                          ATTORNEYS FOR DEFENDANT
gshavitz@shavitzlaw.com                            SYKES ENTERPRISES, INC. D/B/A
pmeireles@shavitzlaw.com                           SYKES HOME POWERED BY ALPINE
                                                   ACCESS
Mary Jo Lowrey
Sarah J. Parady
Lowrey Parady, LLC
1725 High Street, Suite 1
Denver, CO 80218
maryjo@lowrey-parady.com
sarah@lowrey-parady.com

ATTORNEYS FOR PLAINTIFF, THE FLSA
COLLECTIVE, AND COLORADO CLASS


SO ORDERED:


_____
Hon. Kristen L. Mix
United States Magistrate Judge


3