IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  1:17-cv-02038-KLM

DAVID SLAUGHTER, on behalf of himself
and all others similarly situated,

        Plaintiff,

v.

SYKES ENTERPRISES, INC, d/b/a SYKES
HOME POWERED BY ALPINE ACCESS,

        Defendant.

## JOINT MOTION TO CONSOLIDATE NOTICE PERIODS

Plaintiff David Slaughter and Defendant Sykes Enterprises, Inc. d/b/a Sykes Home Powered by Alpine Access (collectively, the "Parties"), by and through undersigned counsel respectfully move this Court to enter an order consolidating the notice period.

**1.** On June 18, 2018, the Court granted the Parties' Joint Motion for Additional Notice Period Under 29 U.S.C. § 216(b).  ECF. No. 83.

**2.** The Court previously extended (to July 13, 2018) the deadline for notice and consent to join forms to be sent to an additional 111[1] potential collective members, and the deadline

---

[1] While the Parties originally believed there were an additional 114 individuals belatedly identified, upon further analysis, the list provided by Defendant contained only an additional 111 unique individuals.

for these individuals to return their individual consent to join forms was extended to August 24, 2018. *See id.*

3.  Pursuant to the Court order (ECF No. 86), text message notification is to be issued by August 13, 2018 to 25[2] potential collective members whose notices were previously returned by mail and e-mail as undeliverable with the deadline for these 25 potential collective members to return their individual consents to be extended to September 24, 2018. *See id.*

4.  To reduce claims administrator costs, and increase efficiencies, the Parties have agreed to consolidate the deadlines for the delivery and return of notice and consent to join forms for the 111 individuals and 25 individuals discussed *supra*. in accordance with the Court's orders dictating the manner in which notice is to be issued to each group.

5.  The Parties respectfully request that the Court enter the following orders:

(a)  The deadline to send the Court-ordered notice to the 111 additional potential collective members identified by Defendants shall be July 27, 2018;

(b)  The deadline to send the Court-ordered notice via text message to the 25 potential collective members whose mail and e-mail notice was returned as undeliverable even after a second delivery of U.S. mail notice to an updated mailing address shall be July 27, 2018; and

(c)  The deadline for these individual consents to join forms to be returned shall be September 7, 2018.

---

[2]  Although Plaintiff previously identified 81 individuals whose mail and email notices were returned as undeliverable, upon further review, it was determined that mail and email notices were returned as undeliverable for only 25 individuals, after the claims administrator performed a skip trace to locate updated mailing addresses and resent notice by mail.

Date: July 23, 2018                              Respectfully Submitted,

*s/ Justin M. Swartz*                            *s/ Claire B. Deason*
Justin M. Swartz                                 Jennifer S. Harpole, Esq.
Juno Turner                                      LITTLER MENDELSON P.C.
Melissa L. Stewart                               1900 Sixteenth, Suite 800
Cheryl-Lyn Bentley                               Denver, CO 80202
Daniel S. Stromberg                              Phone: 303.629.6200
Outten & Golden LLP                              Fax: 303.629.0200
685 Third Avenue, 25th Floor                     JHarpole@littler.com
New York, New York 10017
jms@outtengolden.com                             Claire B. Deason
jturner@outtengolden.com                         Niloy Ray
mstewart@outtengolden.com                        LITTLER MENDELSON, P.C.
cbentley@outtengolden.com                        80 South Eighth Street
dstromberg@outtengolden.com                      IDS Center, Suite 1300
                                                 Minneapolis, MN  55402-2136
Gregg I. Shavitz                                 Phone:  612.630.1000 | Fax: 612.630.9626
Paolo C. Meireles                                cdeason@littler.com
Shavitz Law Group, P.A.                          nray@littler.com
951 Yamato Road, Suite 285
Boca Raton, Florida 33431                        ATTORNEYS FOR DEFENDANT
gshavitz@shavitzlaw.com                          SYKES ENTERPRISES, INC. D/B/A
pmeireles@shavitzlaw.com                         SYKES HOME POWERED BY ALPINE
                                                 ACCESS
Mary Jo Lowrey
Sarah J. Parady
Lowrey Parady, LLC
1725 High Street, Suite 1
Denver, CO 80218
maryjo@lowrey-parady.com
sarah@lowrey-parady.com

ATTORNEYS FOR PLAINTIFF, THE FLSA
COLLECTIVE, AND COLORADO CLASS