IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:17-cv-02038

DAVID SLAUGHTER, on behalf of himself
and those similarly situated;

      Plaintiff,

v.

SYKES ENTERPRISES, INC. D/B/A SYKES HOME
POWERED BY ALPINE ACCESS;

      Defendant.

## JOINT NOTICE OF COLLECTIVE ACTION SETTLEMENT AND MOTION TO STAY

  Plaintiff, through his attorneys, Outten & Golden LLP, Shavitz Law Group PC, and Lowrey Parady, LLC and Defendant Sykes Enterprises, Inc. d/b/a Sykes Home Powered by Alpine Access, through its attorneys, Littler Mendelson, P.C. ("Sykes") (collectively the "Parties"), hereby notify the Court that they have entered into a collective action settlement and respectfully move the Court to stay all deadlines.

  1. On November 20, 2018, Plaintiff and Defendant Sykes executed a Joint Stipulation of Settlement in this matter.

  2. The Parties jointly request that all deadlines in this case be stayed pending approval of the Parties' settlement.

3. On or before December 21, 2018, Plaintiff's Counsel will file and submit to the United States District Court for the District of Colorado an unopposed motion for approval of collective action settlement, service payments, and attorneys' fees and expenses.

4. The proposed settlement constitutes good cause to stay this litigation.

WHEREFORE, the Parties hereby respectfully move the Court for a stay of all deadlines in this case.

Dated: December 14, 2018

Respectfully submitted by:

/s/ Justin M. Swartz
**OUTTEN & GOLDEN LLP**
Justin M. Swartz
Juno Turner
Melissa Lardo Stewart
Cheryl-Lyn Bentley
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
jms@outtengolden.com
jturner@outtengolden.com
mstewart@outtengolden.com
cbentley@outtengolden.com

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz
Paolo Meireles
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com
pmeireles@shavitzlaw.com

s/ Jennifer S. Harpole
Jennifer S. Harpole
**LITTLER MENDELSON, P.C.**
1900 16th Street, Suite 800
Denver, CO 80202
Telephone: (303) 629-6200
Facsimile: (303) 629-0200
Email: jharpole@littler.com

Andrew J. Voss
Claire B. Deason
**LITTLER MENDELSON, P.C.**
1300 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 630-1000
Facsimile: (612) 630-9626
avoss@littler.com
cdeason@littler.com

*Attorney for Defendant*

**LOWREY PARADY, LLC**
Mary Jo Lowrey
Sarah J. Parady
1725 N. High Street, Suite 1
Denver, Colorado 80218
Telephone: (303) 593-2595
Facsimile: (303) 502-9119
maryjo@lowrey-parady.com
sarah@lowrey-parady.com

*Attorneys for Plaintiff and the Collective Members*